# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

326

KA 10-00502

PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

                    V                                    ORDER

JAMES E. HUDSON, DEFENDANT-APPELLANT.

DAVID J. PAJAK, ALDEN, FOR DEFENDANT-APPELLANT.

CINDY F. INTSCHERT, DISTRICT ATTORNEY, WATERTOWN (PATRICIA L. DZIUBA OF COUNSEL), FOR RESPONDENT.

-----------------------------------------------------------------------------------------------

        Appeal from a judgment of the Jefferson County Court (Kim H. Martusewicz, J.), rendered December 14, 2009.  The judgment convicted defendant, upon his plea of guilty, of attempted assault in the second degree (two counts).

        It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Entered:  March 25, 2011                        Patricia L. Morgan
                                                Clerk of the Court